UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-02369-SSS-SHKx | Date | February 18, 2025 |
|---|---|---|---|
| Title | *Estate of David Barahona, et al. v. San Bernardino County Sheriff's Department, et al.* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DOE DEFENDANTS**

On February 5, 2025, Plaintiff Karla Barahone, successor in interest to David Barahona, filed her First Amended Complaint in which numerous Doe defendants are listed. [*See* Dkt. 23, First Am. Compl. ("FAC") ¶ 117]. As of the date of this order, there is no evidence in the record to show Plaintiff has timely served these defendants under Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the case should not be dismissed as to the Doe defendants for failure to serve a copy of the summons and First Amended Complaint on these defendants. Plaintiff must respond in writing by **March 21, 2025**. Failure to respond will result in a dismissal of the Doe Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey court orders.

**IT IS SO ORDERED.**